# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0578
Lower Tribunal No. 2011-CF-001031

_____

CLARENCE L. FRAZIER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus to the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Clarence L. Frazier, Jasper, pro se.

No Appearance for Respondent.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED